UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHAREE STANLEY,

    Plaintiff,

v.

EXPRESSJET AIRLINES, INC.,

    Defendant.
_____/

Case No. 16-cv-12884

Paul D. Borman
United States District Judge

## JUDGMENT

For the reasons stated in an Opinion and Order issued this day, it is ORDERED AND ADJUDGED that Defendant's Motion for Summary Judgment is GRANTED and Plaintiff's Complaint is DISMISSED WITH PREJUDICE.

                         s/Paul D. Borman
                         Paul D. Borman
                         United States District Judge

Dated: December 7, 2018