# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| CHAREE STANLEY,<br>      Plaintiff<br><br>v.<br><br>EXPRESSJET AIRLINES, INC.,<br>      Defendant. | Case No. 2:16-cv-12884<br><br>Hon. Paul D. Borman<br>Magistrate Mona K. Majzoub<br><br>**NOTICE OF APPEAL** |

CAIR LEGAL DEFENSE FUND
Lena F. Masri (MI # P73461)
Gadeir I. Abbas (VA # 81161)*
Carolyn M. Homer (CA # 286441)*
Ahmed M. Mohamed (LA # 36590)
453 New Jersey Ave SE
Washington, DC 20003
(202) 488-8787
   lmasri@cair.com
   gabbas@cair.com
   chomer@cair.com
   amohamed@cair.com

*Mr. Abbas licensed in VA, not in D.C.*
*Mr. Mohamed licensed in LA, not in D.C.*
*Practice limited to federal matters*
*Admitted to practice in this Court*

COUNCIL ON AMERICAN-ISLAMIC RELATIONS, OHIO
Romin Iqbal (OH #: 0080146)
4242 Tuller Rd, Ste. B2
Dublin, Ohio 43017
614) 783-7953
   riqbal@cair.com

PASTOR & ASSOCIATES, P.C.
Caridad Pastor Cardinale (P43551)
525 East Big Beaver Rd., Ste. 206
Troy, MI 48083
(248) 619-0065
   carrie@pastorandassociates.com

# NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Plaintiff Charee Stanley appeals to the United States Court of Appeals for the Sixth Circuit from the final judgment entered on December 7, 2018 (Dkt. 44), and each and every part thereof.

DATED: January 4, 2019              Respectfully submitted,

CAIR LEGAL DEFENSE FUND

BY: /s/ *Lena Masri*
LENA F. MASRI (MI # P73461)
GADEIR I. ABBAS (VA # 81161)*
CAROLYN M. HOMER (CA # 286441)
AHMED M. MOHAMED (LA # 36590)*
453 New Jersey Ave, SE
Washington, DC 20003
Phone: (202) 742-6420
lmasri@cair.com; gabbas@cair.com
chomer@cair.com; amohamed@cair.com

*Mr. Abbas is licensed in VA, not in D.C.*
*Mr. Mohamed is licensed in LA, not in D.C.*
*Practice limited to federal matters.*
*Admitted to practice in this Court*

COUNCIL ON AMERICAN-ISLAMIC RELATIONS, OHIO
ROMIN IQBAL (OH #: 0080146)
4242 Tuller Rd, Ste. B2
Dublin, Ohio 43017
(614) 783-7953
rominiqbal@yahoo.com

PASTOR & ASSOCIATES, P.C.
CARIDAD P. CARDINALE (MI # P43551)
525 East Big Beaver Rd., Ste. 206
Troy, MI 48083
Phone: (248) 619-0065
carrie@pastorandassociates.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **CHAREE STANLEY,** | ) | Case No. 2:16-cv-12884 |
| Plaintiff | ) | |
| | ) | Hon. Paul D. Borman |
| v. | ) | Magistrate Mona K. Majzoub |
| | ) | |
| **EXPRESSJET AIRLINES, INC.,** | ) | |
| Defendant. | ) | |

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 4, 2019, I served the foregoing **NOTICE OF APPEAL** with the Clerk of the Court by using the CM/ECF system, which will automatically send a copy to all counsel in the case.

*/s/ Lena F. Masri*
Lena F. Masri