# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: May 22, 2020

Mr. David J. Weaver
U.S. District Court
for the Eastern District of Michigan
231 W. Lafayette Boulevard
Fifth Floor Theodore Levin U.S. Courthouse
Detroit, MI 48226-0000

Re: Case No. 19-1034, *Charee Stanley v. ExpressJet Airlines, Inc.*
Originating Case No. : 2:16-cv-12884

Dear Clerk,

Enclosed is a copy of the mandate filed in this case.

Sincerely yours,

s/Maddison R Edelbrock
For Antoinette Macon

cc: Ms. Jessica Lynn Asbridge
Ms. Carolyn M. Homer
Ms. Lena F Masri
Mr. Justin Mark Sadowsky
Ms. Sarah P. Wimberly

Enclosure

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 19-1034

_____

Filed: May 22, 2020

CHAREE STANLEY

    Plaintiff - Appellant

v.

EXPRESSJET AIRLINES, INC.

    Defendant - Appellee

## MANDATE

Pursuant to the court's disposition that was filed 04/08/2020 the mandate for this case hereby issues today.

COSTS: None